# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| RUSSELL SCOTT FREEMAN, #02372181 | § § § | CIVIL ACTION NO. 3:24-CV-1425-S-BN |
| v. | § § | Consolidated with CIVIL ACTION NO. 3:24-CV-1448-S-BN |
| DIRECTOR, TDCJ-CID | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED December 15, 2025.

**UNITED STATES DISTRICT JUDGE**